IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 4:13-CR-00214-001-TH |
| v. | § |
| | § |
| | § |
| PHILLIP EARL WRIGHT | § |
| | § |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On February 8, 2018, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Phillip Earl Wright. The government was represented by Lucas Machicek, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Ken Hawk.

Defendant originally pled guilty to the offense of Felon in Possession of Firearm, a Class C felony. The offense carried maximum imprisonment terms of not more than 10 years. The United Sentencing Guideline range, based on a total offense level of 22 and a criminal history category of V, was 77 to 96 months. On April 3, 2014, the Honorable Thad Heartfield sentenced Defendant to 52 months imprisonment followed by 3 years of supervised release subject to the standard conditions of release, plus special conditions to include 1) the Defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring the Defendant's efforts to obtain and maintain lawful employment; and 2) the Defendant shall participate in a program of testing and treatment for alcohol and drug abuse, under the guidance and direction of the United States Probation Office, until such time as the

defendant is released from the program by the probation officer. On September 8, 2017, Defendant completed his period of imprisonment and began service of the supervision term.

Under the terms of supervised release, Defendant was required to refrain from using or possessing alcohol. In its petition, the government alleges that Defendant violated his conditions of supervised release when he admitted to DPS he had consumed alcohol on or about January 11, 2018, a Grade C violation.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release when he admitted to DPS he had consumed alcohol on or about January 11, 2018, Defendant will have committed a Grade C violation. U.S.S.G. §7B1.3(a). Upon a finding of a Grade C violation, the Court may (a) revoke probation or supervised release; or (b) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of V, the Guideline imprisonment range for a Grade C violation is 7 to 13 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the condition of supervised release referenced above by committing the acts as alleged in the government's petition. In exchange, the government agreed to recommend to the Court a sentence of 13 months with no supervised release to follow.

Pursuant to the Sentencing Reform Act of 1984, the Court **RECOMMENDS** that Defendant Phillip Earl Wright be committed to the custody of the Bureau of Prisons for a term of imprisonment of 13 months with no supervised release to follow. The Court **FURTHER**

**RECOMMENDS** the place of confinement be Memphis, Tennessee, if available, in order to facilitate family visitation and for educational opportunities.

**So ORDERED and SIGNED this 8th day of February, 2018.**

*[signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE