# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 4:13-CR-00214-001-TH |
| v. | § |
| | § |
| | § |
| PHILLIP EARL WRIGHT | § |
| | § |

## ORDER ON REVOCATION OF SUPERVISED RELEASE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties waived objections to the Report and Recommendations.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Phillip Earl Wright be committed to the custody of the Bureau of Prisons for a term of imprisonment of 13 months with no supervised release to follow. The Court **RECOMMENDS** that the place of confinement be Memphis, Tennessee, in order to facilitate family visitation and educational opportunities.

**SIGNED** this the 23 day of **February, 2018.**

_____
Thad Heartfield
United States District Judge